IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| REBECCA WHITNEY, | * | |
| Plaintiff, | * | |
| v. | | Case No. 3:25-CV-00062-TES-AGH |
| | * | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| | * | |
| Defendant. | | |
| | * | |

**JUDGMENT**

Pursuant to the Order of this Court filed September 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $14,000.00 and $450.00 in costs.

This 23rd day of September, 2026.

David W. Bunt, Clerk

s/ Angelica E. Niccolai, Deputy Clerk